TIMOTHY M. BURGESS
United States Attorney

J. Thomas Bartleson
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6511/6510/
Fax:(907)353-6501

Attorneys for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL J. PICKETT,<br><br>Defendant | F05  0046  CR<br><br>**COUNT ONE**<br>Operating a Vehicle While Intoxicated<br>(Class A Misdemeanor)<br>Violation of AS § 28.35.030 and 18 U.S.C.<br>§ 13<br><br>**INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

That on or about the 9th day of August, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, DANIEL J. PICKETT, did unlawfully operate or drive a motor vehicle while under the influence of an alcoholic beverage, in violation of Alaska Statutes § 28.35.030(a), as assimilated into federal law by operation of 18 U.S.C. § 13.

**ORIGINAL**

Dated this 21st day of December, 2005, at Fort Wainwright, Alaska.

TIMOTHY M. BURGESS
United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney