AO 83 (Rev. 12/85) Summons in a Criminal Case

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DANIEL J. PICKETT | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: F05-0046CR(TWH) |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br><br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Room<br>Courtroom #2<br>Room 326 |
|---|---|
| Before: TERRANCE W. HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>9:00 A.M. February 16, 2006 |

To answer a(n)
[] Indictment   [X] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 13 / AS 28.35.030,

Brief description of offense:

    Count 1: Driving While Intoxicated

| | |
|---|---|
| Ida Romack, Clerk of Court<br>Signature of Issuing Officer<br><br>by _(signature)_ Deputy Clerk<br>Name and Title of Issuing Officer | December 30, 2005 Fairbanks, Alaska<br>Date and Location |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]    Date: *1-10-2006*

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: *Marten Drive, Fairbanks, Alaska*

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: *1-10-2006*    *Randy Johnson*
Date            Name of United States Marshal

*Holland K. [signature]*
(by) Deputy United States Marshal

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.