```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs   DANIEL J. PICKETT      CASE NO.  4:05-CR-0046-TWH
Defendant: X  Present     ___On Summons __In Custody

BEFORE THE HONORABLE    TERRANCE W. HALL

DEPUTY CLERK/RECORDER:   MISTY DAVENPORT

UNITED STATES ATTORNEY:    J. THOMAS BARTLESON

DEFENDANT'S ATTORNEY:      M.J. HADEN

U.S.P.O.:                  TONI OSTANIK

PROCEEDINGS: ARRAIGNMENT Held: 02-16-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:07 a.m. court convened.

 X Copy of Inf/Ind/Cmplt given to defendant: waived reading.

 X Defendant sworn.

 X Waived full advisement.

 X Defendant advised of charges and penalties.

 X Defendant states true name: DANIEL J. PICKETT

 X Financial Affidavit filed.
    X Federal Public Defender accepted appointment.

 X PLEA(S) Not Guilty to Counts   Count 1 of Information

 X Consent to be filed within 5   days or case shall be trans-
   ferred to U.S. District Judge.

 X Conditions of Release filed.

 X Pretrial motions due   March 9, 2006

 X Court advised counsel trial date had not been set.

At 9:30 a.m. court adjourned.




DATE:  02-17-06           DEPUTY CLERK'S INITIALS:    MLD
```

Case 4:05-cr-00046-TWH    Document 7    Filed 02/17/2006    Page 2 of 2