M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DANIEL J. PICKETT,<br><br>                    Defendant. | Case No. 4:05-CR-0046-TWH<br><br>**MOTION FOR PERMISSION TO TRAVEL OUTSIDE ALASKA**,<br>*Filed on Shortened Time* |

   Defendant, Daniel J. Pickett, by and through counsel M. J. Haden, Staff Attorney, moves this court for an order permitting Mr. Pickett to travel to Tucson, Arizona, for the purpose of accepting an employment opportunity.  The current bail order requires that Mr. Pickett obtain court approval for travel outside Alaska.  This motion makes that request.

   Mr. Pickett anticipates that none of the current bail conditions will change. He will be subject to the same supervision requirements in Tucson, which include weekly contact with the pretrial services officer, and weekly urinalysis testing.

Mr. Pickett has contacted his current supervising pretrial services officer, Toni Ostanik, and she has indicated she is undecided on the matter. Efforts to reach Special Assistant United States Attorney Captain Bartleson for his position have been unsuccessful.

In essence, Mr. Pickett plans to temporarily move to Arizona in order to take employment and join his fiancee, Ms. Patty Hunt, who is transferring to Arizona for nursing employment. Mr. Pickett wishes to leave on March 7, 2006. The employment opportunity is solid. Mr. Pickett is reported to be a first-rate carpenter, and his current landlord in Fairbanks, Jaye Delbridge, has offered him an immediate opportunity to remodel a home in Tucson. The information pertaining to the employer and the employment has been supplied to Ms. Ostanik. Ms. Delbridge is aware of Mr. Pickett's pending charges and understands that Mr. Pickett has an ongoing obligation to return to Alaska, if necessary, to meet his court obligations.

Mr. Pickett requests a hearing on shortened time, if possible, so he can leave as soon as March 7, 2006.

DATED this 1st day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

<u>Certification</u>:

I certify that on March 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

J. Thomas Bartleson, Esq.

and served via facsimile on:

Probation/Pretrial Officer Toni Ostanik
(907) 456-0293

/s/ M. J. Haden