UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL J. PICKETT,<br><br>　　　　　Defendant. | Case No. 4:05-CR-0046-TWH<br><br>**PROPOSED<br>ORDER PERMITTING TRAVEL TO<br>TUCSON, ARIZONA** |

　　　　After due consideration of defendant's motion on shortened time, the motion is GRANTED/DENIED.

　　　　After due consideration of defendant's Motion for Permission to Travel Outside Alaska, the court GRANTS/DENIES the motion. Mr. Pickett is permitted to travel to Tucson, Arizona. All other conditions of bail remain as previously set.

　　　　DATED _____, 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge