MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DANIEL J. PICKETT__   CASE NO. __4:05-CR-0046-TWH__
Defendant: _X_ Present   __In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE: __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER: __MISTY DAVENPORT__

UNITED STATES' ATTORNEY: __BRYAN SCHRODER, SAUSA__

DEFENDANT'S ATTORNEY: __MIKE DIENI__

U.S.P.O.: __TONI OSTANIK__

PROCEEDINGS: HEARING ON EMERGENCY MOTION FOR TRAVEL
Held: 03/03/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:45 a.m. court convened.

Court and counsel heard re hearing on emergency motion for travel.

Court and counsel heard re information on possible 3 month employment in Tuscan, Arizona.

Court and counsel heard re defendant's girlfriend, Patricia Hunt, also obtained employment as a nurse in Tuscan, Arizona.

Counsel heard from court re needs more information before making a decision on travel to Tuscan, Arizona.

Court and counsel heard re continued hearing on emergency motion for travel is set for Monday, March 6, 2006 @ 8:30 a.m.

Court and counsel heard re trial date will be set in this case at the continued hearing on Monday, March 6, 2006 @ 8:30 a.m.

At 9:05 a.m. court adjourned.

DATE: __03/03/06__          DEPUTY CLERK'S INITIALS: __MLD__