```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __DANIEL J. PICKETT__   CASE NO. __4:05-CR-0046-TWH__
Defendant:_X_Present   __In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE:_____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER:_____MISTY DAVENPORT_____

UNITED STATES' ATTORNEY:___CAPTAIN J. THOMAS BARTLESON, SAUSA *___

DEFENDANT'S ATTORNEY:_____MIKE DIENI, M.J. HADEN *_____

U.S.P.O.:_____TONI OSTANIK_____

* TELEPHONIC APPEARANCE

PROCEEDINGS: CONTINUED HEARING ON MOTION FOR EMERGENCY TRAVEL
Held: 03/06/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened.

Court and counsel heard re defendant's potential job opportunity in Tucsan, AZ, and that defendant will be living with girlfriend while relocated in Arizona.

Court and counsel heard re court **GRANTS** Motion for Permission to Travel Outside Alaska.

Court and counsel heard re court **ORDERS** defendant to report to the pretrial services officer in Arizona at the direction of Ms. Ostanik.

Court and counsel heard re Jury Trial has been set for this case April 12, 2006 @ 8:30 a.m.

At 8:51 a.m. court adjourned.

DATE:_____03/06/06_____   DEPUTY CLERK'S INITIALS:___MLD_____