M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>DANIEL J. PICKETT,<br><br>                    Defendant. | Case No. 4:05-CR-0046-TWH<br><br>**NOTICE  OF INTENT TO CHANGE PLEA AND REQUEST FOR A CHANGE OF PLEA/SENTENCING HEARING** |

        Defendant, Daniel J. Pickett, by and through counsel M. J. Haden, Assistant

Federal Defender, notifies the court of his intent to change plea.  The parties have reached

a negotiated disposition pursuant to Fed.R Crim.P. 11(c)(1)(C).  The parties agree to the

following disposition:

• Mr. Pickett will plead guilty to a superceding information charging him with reckless driving;

• Mr. Pickett will pay a $250 fine;

• Mr. Pickett will pay a $25 special assessment;

• Mr. Picket will receive no term of imprisonment, nor term of supervision;

- The parties agree that no written plea agreement is necessary;

- The parties agree to waive the presentence report;

- The parties agree to proceed to imposition of sentence at the time of the change of plea;

- The parties agree that Mr. Pickett may appear telephonically.

Thus, Mr. Pickett requests that the trial by jury currently scheduled for Wednesday, April 12, 2006, be vacated and that a change of plea/sentencing hearing be scheduled in its place.

DATED this 5th day of April 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on April 5, 2006, a copy of the foreground document, with attachments, was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden

2