DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

J. Thomas Bartleson
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br><br> **DANIEL J. PICKETT** , <br><br> Defendant | Case No.  4:05-CR-0046 (TWH) <br><br> **COUNT ONE** <br> Reckless Driving <br> AK § 28.35.040 <br><br><br> **SUPERCEDING INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about the 9th day of August, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant DANIEL J. PICKETT, did unlawfully drive a motor vehicle in a manner that created a substantial and unjustifiable risk of harm to a person or property, in violation of Alaska Statutes § 28.35.040 as assimilated into federal law by operation of 18 U.S.C. § 13.

Dated this 11th Day of April, 2006, at Fort Wainwright, Alaska.

                    DEBORAH M. SMITH
                    ACTING UNITED STATES ATTORNEY


                    /s/ J. Thomas Bartleson

                    J. THOMAS BARTLESON
                    Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I certify that on April 11th, 2006,
a copy of this SUPERCEDING INFORMATION
was served electronically on:

M.J. Haden, Esq.

/s/ J. Thomas Bartleson