AO 245H    (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
          Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | **(For a Petty Offense)** — Short Form |

CASE NUMBER:   4:05-CR-0046-TWH

DANIEL J. PICKETT

USM NUMBER:

M.J. HADEN
Defendant's Attorney

## THE DEFENDANT:

X   **THE DEFENDANT** pleaded guilty to count(s)   1 of Superceding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| A.S. 28.35.040 | Reckless Driving | 08/09/05 | 1 |
| 18 U.S.C. 13 | | | |

X   Count(s)   1 of the Information        X is   ☐ are   dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 25.00 | $ 250.00 |

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   04/16/1960

Defendant's Residence Address:

Raintree Apartments

6450 East Golf Links Road

Tucson, AZ 85730

Defendant's Mailing Address:

04/12/06
Date of Imposition of Judgment

Signature of Judge

TERRANCE W. HALL, U.S. MAGISTRATE JUDGE
Name and Title of Judge

13 Apr 2006
Date